**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Curtis SIFFORD, Defendant–Appellant.**

**No. 02–6123.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 4, 2002.

Decided March 15, 2002.

Curtis Sifford, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Curtis Sifford seeks to appeal the district court's orders (1) denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) as untimely; and (2) denying his subsequent Fed.R.Civ.P. 59(e) motion. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Sifford,* Nos. CR–96–134–V; CA–01–157–3 (W.D.N.C. Oct. 16, 2001; Dec. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*